

```
                                              FILED
                                        2013 MAR -8  PM 4: 08
                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOMOA GREENE,<br><br>   Petitioner,<br><br>vs.<br><br>D.K. JOHNSON, Warden,<br><br>   Respondent. | CASE NO. 12-CV-1824 BEN (BLM)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Docket No. 12] |

    Petitioner Komoa Greene, a state prisoner proceeding *pro se*, filed the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1.) Respondent filed a Response on November 15, 2012. (Docket No. 10.) Petitioner did not file a traverse.

    Magistrate Judge Barbara Major issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied. (Docket No. 12.) Any objections to the Report and Recommendation were due February 25, 2013. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

    A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C.

§ 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Major's Report and Recommendation. The habeas petition is **DENIED**. The Clerk of Court shall enter judgment denying the Petition.

**IT IS SO ORDERED.**

DATED: March 8, 2013

HON. ROGER T. BENITEZ
United States District Judge